# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

J & J SPORTS PRODUCTIONS, INC.,  :

      Plaintiff,              :

  vs.                       :

JASMINE M. BROWN, *et al.*,    :

      Defendants.        :

Case No. 3:14cv00178

Chief Magistrate Judge Sharon L. Ovington

=====================================================================

# ORDER

=====================================================================

       Pursuant to the informal telephone discovery conference held on January 6, 2015, and for good cause shown, the Court hereby **ORDERS** Defendants to respond to Plaintiff's outstanding discovery requests by **January 21, 2015**.  Defendants are placed on **NOTICE** that in the event they fail to timely respond to Plaintiff's outstanding discovery requests as this Order requires, Default Judgment may be entered against them.

       Additionally, the discovery deadline is extended to **February 12, 2015**.  All remaining dates set by the Court's prior Scheduling Order (Doc. #13) are confirmed.

January 6, 2015

                                   s/Sharon L. Ovington
                                   Sharon L. Ovington
                              Chief United States Magistrate Judge